JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB,<br><br>            Plaintiff,<br><br>    vs.<br><br>BROAN-NUTONE LLC, HOME DEPOT U.S.A., INC. and DOES 1 to 10, Inclusive,<br><br>            Defendants. | Case No. SACV12-01208 DOC (RNBx)<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AGAINST ALL DEFENDANTS**<br><br>Complaint Filed:   June 26, 2012 |

///
///
///
///
///
///
///
///
///
///

**LAW OFFICES**

HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000109
3992582.1

1

STIPULATION FOR DISMISSAL OF
COMPLAINT AGAINST ALL DEFENDANTS

1      Based upon the stipulation by and between the parties to this action,

2      IT IS HEREBY ORDERED that the complaint in the above-referenced action is

3  hereby dismissed with prejudice as against defendants BROAN-NUTONE LLC and

4  HOME DEPOT U.S.A., INC., with each party to bear its own costs and attorneys' fees.

5

6

7

8  Dated:  September 26, 2012                    _David O. Carter_____

9                                               Hon. David O. Carter
                                                Judge, United States District Cour

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000109
3992582.1

2

STIPULATION FOR DISMISSAL OF
COMPLAINT AGAINST ALL DEFENDANTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES

HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000109
3992582.1

3

STIPULATION FOR DISMISSAL OF
COMPLAINT AGAINST ALL DEFENDANTS