JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB,

        Plaintiff,

     vs.

BROAN-NUTONE LLC, HOME DEPOT U.S.A., INC. and DOES 1 to 10, Inclusive,

        Defendants.

Case No. SACV12-01208 DOC (RNBx)

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AGAINST ALL DEFENDANTS**

Complaint Filed:  June 26, 2012

///
///
///
///
///
///
///
///
///
///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000109
3992582.1

1

STIPULATION FOR DISMISSAL OF
COMPLAINT AGAINST ALL DEFENDANTS

1    Based upon the stipulation by and between the parties to this action,

2    IT IS HEREBY ORDERED that the complaint in the above-referenced action is

3 hereby dismissed with prejudice as against defendants BROAN-NUTONE LLC and

4 HOME DEPOT U.S.A., INC., with each party to bear its own costs and attorneys' fees.

5

6

7

8 Dated:  September 26, 2012

*David O. Carter*

Hon. David O. Carter
Judge, United States District Cour

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000109
3992582.1

2

STIPULATION FOR DISMISSAL OF
COMPLAINT AGAINST ALL DEFENDANTS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000109
3992582.1

3

STIPULATION FOR DISMISSAL OF
COMPLAINT AGAINST ALL DEFENDANTS